## STATE OF OREGON,
*Appellant,*

*v.*

## TERRY QUINN HOUSTON,
*Respondent.*

(DUC 6559; CA A35175)

702 P2d 1170

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for appellant.

Frederick S. Carman and Garland, Karpstein & Verhulst, Hillsboro, filed the brief for respondent.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

The trial court's order dismissing this criminal case with prejudice was an abuse of discretion.

Reversed and remanded for trial.